| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 01CR00539-001-TUC-FRZ |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 2: 09-cr-23 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: JOSEPH VINCENT IAFELICE | DISTRICT District Of Arizona | DIVISION Tucson |
|---|---|---|
| | NAME OF SENTENCING JUDGE Frank R. Zapata | |
| FILED JAN 15 2009 MICHAEL E. KUNZ, Clerk By ___ Dep. Clerk | DATES OF PROBATION/SUPERVISED RELEASE: | FROM July 11, 2008 — TO July 10, 2013 |

**OFFENSE**

Possession with Intent to Distribute Cocaine. 21 USC 841(a)(1) & (b)(1)(B)(ii)(II)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ARIZONA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Pennsylvania-Philadelphia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1-5-09
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>Eastern District of Pennsylvania-Philadelphia</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FILED JAN 16 2009 MICHAEL E. KUNZ, Clerk By ___ Dep. Clerk

1/16/09
Effective Date

*[signature]*
United States District Judge